**Christopher HAMPTON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 74789.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 19, 1999.

Raymund J. Capelovitch, Assistant Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Meghan J. Stephens, Assistant Attorney General, Jefferson City, for respondent.

Before WILLIAM H. CRANDALL, Jr., P.J., KENT E. KAROHL, J. and MARY K. HOFF, J.

### ORDER

PER CURIAM.

Christopher Hampton (Movant) appeals the motion court's judgment denying his Rule 24.035 motion without a hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).